AMERICAN EXPRESS NATIONAL BANK
P.O. BOX 981535
EL PASO, TX 799998

TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201

UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd STREET
WASHINGTON, DC 20416