

80 STATE STREET, 11TH FLOOR
ALBANY, NY 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

www.nhkllp.com

MARCO B. KOSHYKAR, ESQ.
Direct Dial: (518) 432-3199
Email:  mkoshykar@nhkllp.com

April 20, 2021

**VIA ECF**
Hon. Jil Mazer-Marino, U.S.B.J.
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

   Re: Prime Scuba, Inc.
      Case No. 20-44415 (JMM)

Dear Judge Mazer-Marino:

  I represent KeyBank National Association, a secured creditor of the Debtor Prime Scuba, Inc. I have reviewed the recent submissions by Isaac Silberstein and Subchapter V Trustee Nat Wasserstein in advance of tomorrow's status conference.  Please be advised that KeyBank is the holder of a perfected security interest in all of the Debtor's inventory, equipment and accounts, together with the products and proceeds thereof.  KeyBank did *not* release its security interest in the Debtor's assets or consent to a transfer of those assets to European Outdoors, LLC.

  KeyBank supports conversion of this case to a case under Chapter 7 in order to allow a Chapter 7 Trustee to continue investigating possible fraudulent and/or preferential prepetition transfers by the Debtor and/or its principals and to pursue possible Chapter 5 avoidance claims.

            Very truly yours,

            NOLAN HELLER KAUFFMAN LLP

            Marco B. Koshykar

NH2021-2106082335-764589